RAILWAY EXPRESS AGENCY, INCORPORATED V.
RUTH FAYE HUNT SPAIN ET AL.

No. A-3743. Decided March 11, 1953.
(255 S. W. 2d Series 509)

*Bagby & Winters* and *Arthur P. Bagby,* of Austin, for petitioners.

*Wood & Wilcox,* of Georgetown, *Ralph W. Yarbrough, E. Wayne Thode* and *Townsend & Johnson,* all of Austin, for respondents.

PER CURIAM

It appearing to the Court, by stipulation of the parties and by certified copies of appropriate orders of the Probate Court of Travis County filed herein, that this case has been fully settled and compromised by the parties thereto, this cause is therefore dismissed as moot, without opinion on, or adjudication of, the merits. of the controversy by this Court.

Opinion delivered March 11, 1953.